**Fill in this information to identify the case:**

Debtor 1: George Wood, Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of California (State)

Case number: 19-06929-LA13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 5 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 12/5/2019: Plan Review ($350); 1/8/2020 Proof of Claim ($650) and 410A Prep ($250) | (5) | $ 1,250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | George Wood, Jr. | Case number (if known) 19-06929-LA13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date 1 / 14 / 2020

Print: D. Anthony Sottile
First Name  Middle Name  Last Name

Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
Number  Street
Loveland, OH 45140
City  State  ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

## McCarthy & Holthus, L.L.P.

411 Ivy Street
San Diego, CA 92101 2108
Phone No: (619) 685-4800

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | |
|---|---|
| Home Point Financial Corporation | Invoice #: ▊ |
| Christina Laberto | Invoice Status: Check Confirmed |
| 1194 Oak Valley Drive, Suite 80 | Input By: Jacob Peters |
| Ann Arbor, MI 44108 | Date Submitted: 12/9/2019 |
| Re: | Invoice Date: 12/6/2019 |
| WOOD JR GEORGE 906 LAFAYETTE PL CHULA VISTA, CA 91913 0000 | Vendor Ref #: ▊ |
| | Vendor Code: MCCARTHY |
| Loan #: ▊ | Payee Code: ATMCCARTH |
| Loan Type: FHA | Type: Non Judicial |
| Inv. ID / Cat. ID: G13 / 220 | Referral Date: 11/22/2019 |
| Cost Center: | |
| FHA Case No: ▊ | Acquisition Date: |
| GSE Code: | Paid in Full Date: N/A |
| GSE REO Rem. Code: | Foreclosure Removal Date: N/A |
| Entity Code: | |
| Original Mortgage Amount: $661,120.00 | |
| Litigation Status Code: | |
| Man Code: B | |
| | MS Status: N/A |
| | Relief Requested Date: N/A |
| | Protection Begin Date: N/A |
| BK Case No: 19-06929-LA13 | Protection End Date: N/A |
| BK Chapter: 13 | HiType: 1 |
| | Class Code: |
| Invoice ID: ▊ | Last Reviewed |
| Asset Number: | |
| Outsourcer: | |

| SubmittedDate | 1st Reviewed Date | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|
| 12/9/2019 | 12/10/2019 | 12/10/2019 | 12/10/2019 | 12/10/2019 | 12/11/2019 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | | 12/05/2019 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |
| | | | | | | $350.00 | $0.00 | $350.00 |
| Total: | | | | | | $350.00 | $0.00 | $350.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

Execution Date Time: 01/10/2020 08:44:08 AM                                                    Pages: 1/ 1

# Sottile & Barile, LLC

11351 Pearl Rd
Strongsville, OH 44136
Phone No: (513) 345-0592

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | |
|---|---|
| Home Point Financial Corporation | Invoice #: ▮ |
| Christina Laberto | Invoice Status: Check Confirmed |
| 1194 Oak Valley Drive, Suite 80 | Input By: Jeff Rickman |
| Ann Arbor, MI 44108 | Date Submitted: 1/8/2020 |
| Re: | Invoice Date: |
| WOOD JR GEORGE | Vendor Ref #: ▮ |
| 906 LAFAYETTE PL | Vendor Code: SOTTILE |
| CHULA VISTA, CA 91913 0000 | |

| | | | |
|---|---|---|---|
| Loan #: ▮ | | Payee Code: | ATSOTTILE |
| Loan Type: | | Type: | Non Judicial |
| Inv. ID / Cat. ID: G13 / 220 | | Referral Date | 11/19/2019 |
| Cost Center: | | | |
| FHA Case No: ▮ | | Acquisition Date: | |
| GSE Code: | | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | | Foreclosure Removal Date: | N/A |
| Entity Code: | | | |
| Original Mortgage Amount: $661,120.00 | | | |
| Litigation Status Code: | | | |
| Man Code: B | | | |
| | | MS Status | N/A |
| | | Relief Requested Date | N/A |
| | | Protection Begin Date | N/A |
| BK Case No: 19-06929 | | Protection End Date | N/A |
| BK Chapter: 13 | | HiType | 1 |
| | | Class Code | |

| Invoice ID: ▮ | Last Reviewed | | | | |
|---|---|---|---|---|---|
| Asset Number: | | | | | |
| Outsourcer: | | | | | |
| SubmittedDate | 1st Reviewed Date | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
| 1/8/2020 | 1/8/2020 | 1/8/2020 | 1/8/2020 | 1/8/2020 | 1/9/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 01/08/2020 | 1 | $650.00 | $650.00 | $0.00 | $650.00 |
| Attorney Fees - Bankruptcy Fee | | | 01/08/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| | | | | | | $900.00 | $0.00 | $900.00 |

Execution Date Time: 01/10/2020 08:44:46 AM                                                                 Pages: 1/ 2

|  | Total: | $900.00 | $0.00 | $900.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| In Re: | Case No. 19-06929-LA13 |
| George Wood, Jr. | Chapter 13 |
| Debtor. | Judge Louise DeCarl Adler |

**PROOF OF SERVICE**

    I, D. Anthony Sottile, am employed by Sottile & Barile, LLC, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is: 394 Wards Corner Road, Suite 180, Loveland, OH 45140.

    On January 14, 2020, a true and correct copy of Home Point Financial Corporation's Notice of Postpetition Mortgage Fees, Expenses, and Charges was served, as indicated below, by the Court via electronic notice and/or by first class United States Mail address to:

George Wood, Jr., Debtor
906 Lafayette Place
Chula Vista, CA 91913
(VIA U.S. MAIL)

Cynthia Enciso, Debtor's Counsel
Law Offices of Cynthia Enciso
629 Third Avenue, Suite G
Chula Vista, CA 91910
enciso.cynthia@gmail.com
(VIA ELECTRONIC SERVICE)

Thomas Billingslea, Jr., Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
billingslea@thb.coxatwork.com
(VIA ELECTRONIC SERVICE)

United States Trustee
880 Front Street
Suite 3230
San Diego, CA 92101
ustp.region15@usdoj.gov
(VIA ELECTRONIC SERVICE)

I declare under penalty of perjury that the foregoing is true and correct.

| Dated: January 14, 2020 | /s/ D. Anthony Sottile |
|---|---|
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |